**In re C–T OF VIRGINIA, INCORPORAT-
ED, fka Craddock–Terry Shoe Corpora-
tion f/d/b/a Hill Brothers, Bonafide
Shoe Factory Outlet, Massey Shoes,
Country Cobbler, Herold's Shoes, The
Shoe Room, Comfort Unlimited, and
The Perfect Pair, Debtor.**

**Bankruptcy No. 87–01155.**

United States Bankruptcy Court,
W.D. Virginia,
Lynchburg Division.

Nov. 4, 1991.

George H. Fralin, Jr., Fralin, Freeman &
Kinnier, P.C., Lynchburg, Va., for Unse-
cured Creditors' Committee.

Joseph Braunstein, Riemer & Braun-
stein, Boston, Mass., for Creditors' Com-
mittee.

Gerald A. Role, U.S. Dept. of Justice,
Tax Div., Washington, D.C.

ORDER

WILLIAM E. ANDERSON, Chief Judge.

Pursuant to the Order entered in this
action by the United States District Court
for the Western District of Virginia on
October 30, 1991, 135 B.R. 501, it is hereby

ORDERED

that the $285,443.35 plus $1,788.37 pre-peti-
tion interest claimed as an unsecured prior-
ity claim by the Internal Revenue Service
as part of Claim No. 692 filed in this case,
is entitled to priority under 11 U.S.C.
§ 507(a)(7)(E).